UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**ONE ISLAND, LLC,**
a Florida limited liability company,

      Plaintiff,

vs.                  **CIVIL ACTION NO. _____**

**KATHLEEN MCDONALD SERGEANT**,
an individual, and **ON ISLAND, INC.**, a
Florida corporation,

      Defendants.
_____/

## COMPLAINT

Plaintiff ONE ISLAND, LLC (hereinafter "Plaintiff"), hereby sues Defendants KATHLEEN MCDONALD SERGEANT and ON ISLAND, INC., (hereinafter "Defendants") for declaratory relief and in support thereof alleges the following:

JURISDICTION AND VENUE

1. This is an action under 28 U.S.C. §§ 2201 and 2202, and the Trademark Act of 1946, as amended, the Trademark Law Revision Act of 1988, Title 15 United States Code § 1051 *et seq*. (hereinafter "The Lanham Act"), for declaratory relief in the nature of judgment

     declaring that a certain United States Trademark Registration is invalid, and further that Plaintiff does not infringe any of the Defendants' trademark rights having been asserted against Plaintiff.

2. This Court has original jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a), 15 U.S.C. §§ 1114, 1116, 1121, 1125, 1126, and the principles of pendant jurisdiction.

3. Venue is proper in this judicial district, pursuant to 28 U.S.C. §§ 1391 and 1400(a), in that Plaintiff's claim arises in this district.

## THE PARTIES

4. Plaintiff ONE ISLAND, LLC, is a limited liability company organized and existing under the laws of the State of Florida and maintains its principal place of business at Fort Myers, Florida.

5. Upon information and belief, Defendant KATE MCDONALD SERGEANT is an individual residing in this District.

6. Upon information and belief, Defendant ON ISLAND, INC., is a corporation organized and existing under the laws of the State of Florida, having its principal place of business in this District.

## FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

7. Plaintiff is the record owner/Applicant of a United States Trademark Application for the mark ONE ISLAND SANIBEL and design.

8. On November 29, 2023, Defendant SERGEANT caused a written demand to be transmitted to Plaintiff, accusing Plaintiff of trademark infringement and demanding "*immediate actions to cease and desist*". A true and correct copy of the demand correspondence from Defendants to Plaintiff is annexed hereto as **Exhibit 1**.

9. Defendants' threat included, among other things, taking action for alleged infringement of U.S. Trademark Registration No. 5536184 for the standard character mark ON ISLAND (hereinafter the "Asserted Registration").

10. The mark of the Asserted Registration appears to be invalid.

11. The mark of the Asserted Registration appears to have been abandoned.

12. The Asserted Registration is subject to cancellation.

13. Plaintiff is entitled to a declaration of the Court that it does not

infringe any trademark right of Defendants, including any purported rights in the Asserted Registration, or in the mark thereof.

14. An actual controversy has also arisen and does exist between the parties as to efforts by Defendants to restrict the Plaintiff's lawful rights.

15. An actual controversy has also arisen and does exist between the parties as to efforts by Defendants to threaten and restrict the future use of various, important and costly future lawful advertising, promotion and business activities of Plaintiff.

16. An actual controversy has also arisen and does exist between the parties as to the validity of the Asserted Registration.

## COUNT I

### DECLARATORY RELIEF
### CANCELLATION OF REGISTRATION FOR ABANDONMENT

17. The facts and allegations set forth in this Complaint, including Plaintiff's rights as detailed herein, are the basis, for this Count.

18. Plaintiff is entitled to declaratory relief in that the mark of the Asserted Registration has been abandoned by the Defendants.

19. The Asserted Registration should therefore be permanently cancelled.

## COUNT II

## DECLARATORY RELIEF
## CANCELLATION OF REGISTRATION FOR INVALIDITY

20. The facts and allegations set forth in this Complaint, including Plaintiff's rights as detailed herein, are the basis, for this Count.

21. Plaintiff is entitled to declaratory relief in that the Asserted Registration is invalid for the reasons set forth in this Complaint.

22. The Asserted Registration should therefore be permanently cancelled.

## COUNT III

## DECLARATORY RELIEF
## NONINFRINGEMENT

23. The facts and allegations set forth in this Complaint, including Plaintiff's rights as detailed herein, are the basis, for this Count.

24. Plaintiff is entitled to declaratory relief in that Plaintiff has not infringed and is not infringing any right asserted by the Defendants in

the Asserted Registration or in the mark of the Asserted Registration.

**WHEREFORE**, Plaintiff prays:

That this Court issue a declaration that:

    a. the Defendant SERGEANT, her agents, assigns, employees, and attorneys, and all other persons acting in concert or in participation with the Defendant SERGEANT, do NOT possess rights sufficient to permit said parties to charge or assert, whether verbally or in writing, that Plaintiff has infringed any trademark right of Defendants by the acts accused in Exhibit 1;

    b. the Defendant ON ISLAND, INC., its agents, assigns, employees, and attorneys, and all other persons acting in concert or in participation with the Defendant ON ISLAND, INC., do NOT possess rights sufficient to permit said parties to charge or assert, whether verbally or in writing, that Plaintiff has infringed any trademark right of Defendants by the acts accused in Exhibit 1;

    c. the Asserted Registration, and the mark thereof, has been abandoned;

    d. the Asserted Registration is invalid; and

    e. the Asserted Registration be permanently cancelled; and

  f. the Assistant Commissioner of Patents and Trademarks shall cancel United States Trademark Registration No. 5536184.

25. Plaintiff further requests that it be awarded its attorney's fees, costs, and expenses in this action; and that this Court grant such other and further relief as this Court may deem just.

    Respectfully submitted,

    <u>/s/JENNIFER L. WHITELAW</u>
    JENNIFER L. WHITELAW
    TRIAL COUNSEL for Plaintiff
    **ONE ISLAND, LLC**
    Florida Bar No. 0938629
    3838 Tamiami Trail North
    Third Floor
    Naples, Florida 34103
    Telephone: (239) 262-1001
    Email: usdcmail@whitelawfirm.com

## VERIFICATION

I declare under penalty of perjury that I have read the foregoing Complaint and that the same is true and correct to the best of my knowledge, information, and belief.

Executed this 4 day of December, 2023.

For: **ONE ISLAND, LLC**

_____
**MELISSA L. RHODES**
Title: Manager